|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TIMOTHY JOHNSON,  ) No. C 12-0192 RMW (PR)
)
    Plaintiff, ) ORDER OF TRANSFER
)
  vs. )
)
JAMES HARTLEY, )
)
    Defendants. )
)

    Plaintiff, a state prisoner proceeding pro se, filed a federal civil rights complaint pursuant to 42 U.S.C. § 1983. The acts complained of appear to have occurred in Avenal, and Defendants are located in Avenal, which lies within the venue of the Eastern District of California. Therefore, venue properly lies in the Eastern District. See 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California. See 28 U.S.C. § 1406(a). The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

    IT IS SO ORDERED.

DATED: _____

    _____
    RONALD M. WHYTE
    United States District Judge

Order of Transfer
G:\PRO-SE\SJ.Rmw\CR.12\Johnson192trans.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

TIMOTHY D. JOHNSON,

        Plaintiff,

  v.

JAMES HARTLEY,

        Defendant.

Case Number: CV12-00192 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 28, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Timothy Johnson D-67730
510-2-3L
Avenal State Prison
PO Box 900
Avenal, CA 93204

Dated: March 28, 2012

                              Richard W. Wieking, Clerk
                              By: Jackie Lynn Garcia, Deputy Clerk